Case 1:08-cr-01290-DC   Document 1   Filed 02/05/09   Page 1 of 3



ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :    SEALED
UNITED STATES OF AMERICA            :    INDICTMENT
                                    :
        - v. -                      :
                                    :    S1 08 Cr. 1290
JUANITO CORDOBA-BERMUDEZ,           :
    a/k/a "Juanito,"                :
    a/k/a "Chechere,"                :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -X
```

JUDGE CHIN

COUNT ONE

(Conspiracy to Provide Material Support or Resources
To A Foreign Terrorist Organization)

The Grand Jury charges:

1.  From at least in or about October 2007, up to and including the date of filing of this Indictment, in an offense in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or District of the United States, JUANITO CORDOBA-BERMUDEZ, a/k/a "Juanito," a/k/a "Chechere," the defendant, who will be first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate and agree together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to a foreign terrorist organization, to wit, the FARC, which was designated by the United States Secretary of State as a foreign terrorist organization in October 1997, pursuant to Section 219

of the Immigration and Nationality Act; which has remained on the list of designees since that time; whose most recent designation as a foreign terrorist organization was executed November 18, 2008, and which is currently designated as such, as of the date of filing of this Indictment.

    2. It was a part and an object of the conspiracy that JUANITO CORDOBA-BERMUDEZ, a/k/a "Juanito," a/k/a "Chechere," the defendant, and others known and unknown, would and did provide the FARC with weapons, communications equipment, narcotics proceeds, the proceeds of kidnaping for ransom, and personnel (including themselves), and other support and resources, knowing that the FARC had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and knowing that the FARC had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

(Title 18, United States Code,
Sections 2339B(a)(1), (d)(1) and 3238).

_____    _____
FOREPERSON                            LEV L. DASSIN
                                            Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JUANITO CORDOBA-BERMUDEZ,
a/k/a "Juanito,"
a/k/a "Chechere," and

Defendant.

---

<u>INDICTMENT</u>

S1 08 Cr. 1290

(18 U.S.C. § 2339B)

Lev L. Dassin
Acting United States Attorney.

**A TRUE BILL**

Foreperson.